CLEAR FORM

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

Morris Threatt
PLAINTIFF

2501 Q st WASH, DC
Address (No Post Office Boxes)

WASH DC 20007
City State Zip Code

VS.

WMATA
DEFENDANT

600 6th street
Address (No Post Office Boxes)

WASH, DC 20001
City State Zip Code

Case: 1:23-cv-01185 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 4/28/2023
Description: Employ. Discrim. (H-DECK)

Jury Trial: ☑ Yes ☐ No

**COMPLAINT**

On and About August 30, 2021 Plaintiff Morris Threatt was hired as a Train Operator, and WMATA and then Upon arriva he was told that he didint PASS Back check Background. And although Metro instipulated its Policy hired a Convicted Felone. However Under Rules and Regulation pass by President OBAMA you have discuss your Criminal Record until hired as an Employee

RECEIVED
APR 28 2023
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

[signature]
Original Signature (in pen)

Name (if applicable, Prisoner ID No.)

Address or Facility Address

City State Zip Code

Rev: 01/10/2023
*Use additional pages as needed



3.) The Plaintiff is not skilled in the Science of Law and is unable to represent himself properly in Court Matters, rules and Statues. and it wold be a encroachment upon the Plaintiffs Constitutional Right to Not be entitled to court Appointed counsel under the USC 28 §(1915)

Wherefore the Plaintiff Prays For the Following relief:

That Plaintiff be Appointed an Attorney by Your Honorable Court and any relief deemed equitable.

Morris Threatt

[signature]

4|6|22